# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

PARIS DAJON ALLEN,                                     Civil No. 15-1859 (MJD/JJK)

       Plaintiff,

v.

MICHELLE SMITH,

                                                       **ORDER**

       Defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated May 5, 2015 [Doc. #7]. No objections have been filed to that Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

      1.       Petitioner Paris Dajon Allen's petition for a writ of habeas corpus [Doc. # 3] is **DENIED WTIHOUT PREJUDICE**.

      2.       Allen's application to proceed in forma pauperis [Doc. # 4] is **DENIED AS MOOT**.

**Let Judgment be entered accordingly.**

Date: June 4, 2015

                                                   s/Michael J. Davis
                                                    MICHAEL J. DAVIS
                                                    Chief Judge
                                                   United States District Court